**DOLL AMIR & ELEY LLP**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MATTHEW HERBA,

    Plaintiff,

    vs.

CAPITAL ONE, N.A.

    Defendants.

Case No. 2:19-cv-01410-WBS-CKD

**ORDER GRANTING SECOND STIPULATION TO EXTEND CAPITAL ONE BANK (USA), N.A.'S TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 28 DAYS**

Having considered the parties' Second Stipulation to Extend Defendant Capital One Bank (USA), N.A.'s Deadline to Respond to Plaintiff Matthew Herba's Complaint, the Court hereby GRANTS the stipulation as follows:

Capital One shall file its responsive pleading to Plaintiff's initial Complaint on or before Monday, September 30, 2019.

**IT IS SO ORDERED.**

Dated:  September 13, 2019

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE'S
TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS

DOLL AMIR & ELEY LLP