Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Matthew Herba

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW HERBA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK, N.A.<br><br>  Defendant. | Civil Case No.: 2:19-CV-01410-WBS-CKD<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 28, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE